U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 15  PM 3: 13

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 14 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE MARCH 30, 2006 HEARING SESSION

A conditional transfer order was filed in the six actions listed on the attached Schedule A on January 10, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in these six actions filed notices of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motions and briefs to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-37" filed on January 10, 2006, is LIFTED insofar as it relates to the six actions listed on the attached Schedule A, and thus these actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 14, 2006, are VACATED insofar as they relate to these six actions.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman



## SCHEDULE A

MDL-1657 — In re Vioxx Marketing, Sales Practices and Products Liability Litigation

EDLA SEC. L/3

### Eastern District of California

| Case | EDLA No. |
|---|---|
| *Edith Crook v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2436 | 06-803 |
| *Alma Zehrung v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2437 | 06-804 |
| *Pamela Parker, etc. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2446 | 06-805 |
| *John Hoien, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2464 | 06-806 |
| *James Lame Bull, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2465 | 06-807 |

### Western District of Missouri

| Case | EDLA No. |
|---|---|
| *James Warner v. Merck & Co., Inc.*, C.A. No. 4:05-1232 | 06-808 |